```
            FILED       LODGED
            RECEIVED    COPY

            OCT 15 2019

         CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
         BY_____ M DEPUTY
```

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Jesse Don Moquino,<br><br>　　　　　　Defendant. | No.  CR-19-01199-PHX-SMB (DMF)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153 and 1111<br>(CIR-First Degree Murder)<br>Count 1 |

THE GRAND JURY CHARGES:

　　　On or about September 11, 2019, in the District of Arizona, within the confines of the Salt River Pima-Maricopa Indian Community, the defendant, JESSE DON MOQUINO, an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill G.Z.

　　　In violation of Title 18, United States Code, Sections 1153 and 1111.

　　　　　　　　　　　　　　　　　　A TRUE BILL

　　　　　　　　　　　　　　　　　　S/

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　FOREPERSON OF THE GRAND JURY
　　　　　　　　　　　　　　　　　　Date:  October 15, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

S/

_____
ROBERT I. BROOKS
Assistant U.S. Attorney