IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Jesse Don Moquino,<br><br>　　　　　Defendant. | CR-19-01199-PHX-SMB<br><br>**ORDER**<br><br>(First Request) |

　　　　Upon motion of the defendant, no objection from the government and good cause appearing,

　　　　IT IS HEREBY ORDERED continuing the sentencing hearing of this case from June 22, 2020, to August 3, 2020, at 2:30 p.m. in Phoenix, Arizona. The Court finds that the interests of justice outweigh the best interest of the public and the defendant in a speedy trial for the reasons stated in defendant's motion.

　　　　The Court finds excludable delay under 18 U.S.C. § 3161(h) _____ from _____ to _____.

　　　　Dated this 16th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Susan M. Brnovich
　　　　　　　　　　　　　　　　　　　　　United States District Judge