JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

JEFFREY A. WILLIAMS, #012605
Asst. Federal Public Defender
Attorney for Defendant
jeffrey_williams@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     vs.<br><br>Jesse Don Moquino,<br><br>            Defendant. | Case No.   CR-19-01199-PHX-SMB<br><br>**MOTION TO CONTINUE SENTENCING**<br><br>**(Third Request)** |

Defendant, Mr. Moquino, through undersigned counsel, respectfully requests this Court for an order continuing the sentencing in the above matter from July 2, 2021 for a period of thirty (30) days.

Additional time will be necessary for defense counsel to review and discuss the content of sentencing filings, otherwise prepare Mr. Moquino for sentencing, and render the effective assistance of counsel.

Defense counsel has contacted Assistant U.S. Attorney Raynette Logan regarding this motion and the government has no objection to the requested continuance.

/ / /

/ / /

It is not expected that excludable delay will occur under 18 U.S.C. § 3161(h)(1)(I) as a result of this motion or from an order based thereon.

Respectfully submitted: June 14, 2021.

JON M. SANDS
Federal Public Defender

 *s/Jeffrey A. Williams*
JEFFREY A. WILLIAMS
Asst. Federal Public Defender