IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Jesse Don Moquino,<br><br>　　　　Defendant. | CR-19-01199-PHX-SMB<br><br>**ORDER**<br><br>(Third Request) |

Upon motion of the defendant, no objection from the government and good cause appearing,

**IT IS HEREBY ORDERED** granting the defendant's Motion to Continue Sentencing for the reasons stated in defendant's motion (Doc. 47).

**IT IS FURTHER ORDERED** continuing the sentencing hearing of this case from July 2, 2021, to <u>October 4, 2021 at 2:30 p.m.</u>, Courtroom 506 in Phoenix, Arizona.

The Court finds excludable delay under 18 U.S.C. § 3161(h) _____ from _____ to _____.

Dated this 22nd day of June, 2021.

Honorable Susan M. Brnovich
United States District Judge