GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
RAYNETTE M. LOGAN
Assistant U.S. Attorney
Arizona State Bar No. 016695
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: raynette.logan@usdoj.gov
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                        Plaintiff,<br><br>          vs.<br><br>Jesse Don Moquino,<br><br>                        Defendant. | No. CR-19-01199-PHX-SMB<br><br>**MOTION TO CONTINUE SENTENCING**<br><br>**(Government's Third Request)** |

The United States of America, by and through undersigned counsel, hereby moves to continue the sentencing hearing set October 4, 2021, for two weeks.  Government's counsel will be on annual leave and out of town during the time set for sentencing and through that week.

Defense Counsel for Defendant, Jeffrey Williams, has been contacted regarding this motion and there is no objection.

It is not expected that excludable delay under Title 18 U.S.C. § 3161 will occur as a result of this motion or an order based thereon.

Respectfully submitted this 10th day of September, 2021.

　　　　　　　　　　　　　　　　　　GLENN B. McCORMICK
　　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　 *s/Raynette M. Logan*
　　　　　　　　　　　　　　　　　　RAYNETTE M. LOGAN
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: Jeffrey Williams.

 s/Dominique Santillanes
U.S. Attorney's Office