1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   RAYNETTE M. LOGAN
3  Assistant U.S. Attorney
   Arizona State Bar No. 016695
4  Two Renaissance Square
   40 N. Central Ave., Suite 1800
5  Phoenix, Arizona  85004
   Telephone:  602-514-7500
6  Email: raynette.logan@usdoj.gov
   *Attorneys for Plaintiff*
7

8                  UNITED STATES DISTRICT COURT

9                       DISTRICT OF ARIZONA

10
   United States of America,              No. CR-19-01199-PHX-SMB
11
                    Plaintiff,
12                                         **MOTION TO CONTINUE
                                           SENTENCING**
13         vs.

14 Jesse Don Moquino,                      **(Government's Fourth Request)**

15                   Defendant.

16         The United States of America, by and through undersigned counsel, hereby moves

17 to continue the sentencing hearing set March 7, 2022, for two weeks.  Government's

18 counsel will be on annual leave and out of town during the time set for sentencing.

19 Furthermore, at the last hearing set for sentencing, the defendant notified the Court that he

20 wanted to be sentenced in person.  The sentencing was continued for that purpose.  In

21 person hearings are set to resume on March 14, 2022, and the government requests a time

22 set for sentencing thereafter.

23         Government's counsel has attempted to ascertain defense counsel's position on this

24 motion but has not been able to do so at the time of this filing.

25 / / /

26 / / /

27 / / /

28

It is not expected that excludable delay under Title 18 U.S.C. § 3161 will occur as a result of this motion or an order based thereon.

Respectfully submitted this 3rd day of March, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Raynette M. Logan*
RAYNETTE M. LOGAN
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 3RD day of March, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: Jeffrey Williams.

*s/Rebecca Clarke Robinaugh*
U.S. Attorney's Office

- 2 -