UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br>　vs.<br>Jesse Don Moquino,<br>　　　　　Defendant. | No. CR-19-01199-PHX-SMB<br><br>**ORDER** |

　　Upon Motion by the United States and good cause appearing,

　　**IT IS HEREBY ORDERED** granting the United States' Motion to Continue Sentencing (Doc. 55) and continuing the Sentencing from March 7, 2022, to <u>March 25, 2022, at 10:00 a.m.</u> in Courtroom 601.

　　**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161 is found to commence on _____ for a total of _____ days.

　　Dated this 3rd day of March, 2022.

_____
Honorable Susan M. Brnovich
United States District Judge